IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILBURN H. RUTHERFORD,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1188

Opinion filed May 27, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Wilburn H. Rutherford, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

     This petition for writ of mandamus seeks to compel a ruling on a motion for postconviction relief. Because the circuit court has recently issued an order striking four grounds raised in the motion with leave to amend, we deny the petition for writ of mandamus, but encourage the circuit court to continue its efforts to expeditiously dispose of the motion pending below. Wilson v. State, 775 So. 2d 1003 (Fla. 1st DCA 2001).

THOMAS, WINOKUR, and JAY, JJ., CONCUR.